**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VASKEN ATYEMIZIAN,          ) | No. CV 09-4194-PLA |
|            Plaintiff,   ) | |
|                  ) | **JUDGMENT** |
|          v.     ) | |
| MICHAEL J. ASTRUE,     ) | |
| COMMISSIONER OF SOCIAL   ) | |
| SECURITY ADMINISTRATION,   ) | |
|          Defendant.  ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: May 3, 2010

_____

PAUL L. ABRAMS

UNITED STATES MAGISTRATE JUDGE